IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                          4:05-CR-206(1) JMM

AARON LEWIS

## ORDER

The above named defendant was previously directed to report for commencement of his sentence on March 27, 2006.

The Court has been advised that the designation by the Bureau of Prisons has just been received and the defendant needs additional time to arrange transportation. The Court will extend the reporting date for an additional week to allow for completion of the designation.

IT IS THEREFORE ORDERED that reporting date for commencement of sentence be, and it is hereby extended until April 3, 2006, at which time the defendant shall report to the institution as directed by the U. S. Marshal. The defendant will remain under the same conditions for release as previously set forth. Any violation of those conditions will result in immediate incarceration.

Dated this 24th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE